PDF Complete
Click Here & Upgrade
Expanded Features
Unlimited Pages

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
UNITED STATES OF AMERICA,

v.

ROY AGELOFF, et al.,

Defendant(s).

-----------------------------------------------X

*Motion Granted.*
*So Ordered.*

s/ Judge Raymond J. Dearie

DOCKET # CR-98-1129 (1 & 8) (RJD)   3/27/09

### BRIAN H. BIEBER, ESQ'S AND HIRSCHHORN & BIEBER, P.A.'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT ROY AGELOFF

Undersigned counsel, BRIAN H. BIEBER, ESQ. and HIRSCHHORN & BIEBER, P.A., hereby file this Unopposed Motion to Withdraw as Counsel of Record for Defendant Roy Ageloff and, as grounds therefore, states as follows:

1. The Defendant has advised the undersigned in writing that the Defendant no longer wishes to have the undersigned represent him in this matter.

**WHEREFORE**, undersigned counsel respectfully requests this Court grant this Motion to Withdraw as Counsel of Record for Defendant, ROY AGELOFF, and discharge

BRIAN H. BIEBER, ESQ. and HIRSCHHORN & BIEBER, P.A. from all future responsibility in this cause.

>Respectfully submitted,
>
>By: s/BRIAN H. BIEBER
>    Brian H. Bieber
>    Florida Bar #8140
>    Hirschhorn & Bieber, P.A.
>    550 Biltmore Way
>    Penthouse Three A
>    Coral Gables, Florida 33134
>    Email: bbieber@aquitall.com
>    Telephone: (305) 445-5320
>    Telecopier: (305) 446-1766

Dated: March 24, 2007

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 24, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>s/Brian H. Bieber
>BRIAN H. BIEBER