6/19/09

TO: U.S. District Clerk of Court
Eastern District of New York
225 Camdam Plaza East
Brooklyn, New York 11201

RE: Roy Ageloff Defendent CASE NO: 98-1129s(RJD)
Motion For Appointment of Counsel

Dear Clerk of Court;

Enclosed please find one original Motion, For "Motion For Counsel". Please Date stamp File and docket before the Honorable Court. Thank you for your assistance.

Sincerely

Roy Ageloff
Defendent
OCJ / UNIT M1F
3723 Vision Blvd
P.O. Box 4970
Orlando, Fl 32802

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No: 98-1129s (RJD)

United States of America

vs

Roy AGELOFF
    Defendant

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUN 25 2009 ★
BROOKLYN OFFICE

## MOTION FOR COUNSEL

Comes Now Roy Ageloff and files this Motion for the Appointment of CJA Counsel showing the Court as follows

1

Roy Ageloff (herein after Ageloff) is the above Named Defendent and currently in the Custody of the U.S. Marshals

2

Ageloff anticipates being in custody of the Marshals or Bureau of Prisons (B.O.P.) during the pendency of part of his case.

Pg 1 of 2

In the intrests of justice And efficent Administration of Justice, Ageloff Respectfully Requests the Court Appoint Counsel.

Without Competent Counsel Ageloff stand to be Substantially prejudiced And lose Significant Rights

Wherefor Ageloff respectfully Requests the Court to Appoint Competent Counsel, experienced in the Areas of Law And issues in Controversy, For who to Communicate with Ageloff And protect Ageloff's Rights And intrests

Respectfully submitted

Roy Ageloff
ORANGE COUNTY CORRECTIONS
INMATE No: 09021855
P.O. Box 4970
3723 Vision Blvd
Orlando, Fl 32802

Roy Ageloff 09031855
C-Unit M1G
P.O. Box 4970
Orlando, Fl 32802

Legal Mail

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Legal Mail

ORLANDO FL 328
22 JUN 09 PM 2 L