Eastern District of New York

**APPLICATION FOR WRIT OF HABEAS CORPUS**

UNITED STATES DISTRICT COURT

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ OCT 09 2009 ★
BROOKLYN OFFICE

---

| UNITED STATES OF AMERICA | |
|---|---|
| - against - | ☒ file no. CR-98-1129 |
| ROY AGELOFF | ☐ Criminal Miscellaneous |
| *Defendant.* | |

The undersigned ☒ Assistant U.S. Attorney ☐ Special Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus ☐ ad prosequendum ☐ ad testificandum ☐ in re a motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee (and detainee number, if known): ROY AGELOFF  USMS# 57431-053    ORANGE COUNTY JAIL #09021855

2. Detained by ☐ Warden, New York Metropolitan Correctional Center, New York, New York
☐ Warden,
☒ Other: ORANGE COUNTY JAIL - 3023 39TH STREET - ORLANDO, FLORIDA 32839-8694
*[Specify title of custodian and name and location of detention facility]*

3. Detainee is ☐ charged in this district by ☐ Indictment ☐ Information ☐ complaint with,
OR ☐ was convicted in this district of, violating Title 18, U.S.C. §_____, OR ☐ is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on NOVEMBER 12, 2009 @ 3 PM, at _____ o'clock P M ☒ in Courtroom Number 10A, OR ☐ before the Federal Grand Jury sitting in Room Number _____, of the United States Courthouse for this district, for ☐ arraignment ☐ plea ☐ trial ☐ sentencing
☐ in re a motion pursuant to 28 U.S.C. § 2255 ☐ the purpose of giving necessary testimony in the captioned proceeding
☒ other purpose(s), specifically BEFORE THE HONORABLE RAYMOND J. DEARIE

VIOLATION OF SUPERVISED RELEASE HEARING

Sworn to before me this 9th day of October, 2009

LINDA J. McNEILL
Notary Public, State of New York
No. 01MC6017505
Qualified in Kings County
Commission Expires 12/14/2010

☒ Assistant United States Attorney
Eastern District of New York
☐ Special Assistant United States Attorney

718-254-6297
JONATHAN GREEN

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum    ☐ Ad Testificandum    ☐ In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and all other United States Marshals and their deputies, is and are each directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Dated: New York, Brooklyn, NY    Oct 9, 2009

s/Marilyn D. Go
U.S.M.J.

ROBERT C. HEINEMANN
CLERK, E.D.N.Y
Deputy Clerk

A TRUE COPY
ATTEST
DATE 10/9 20 09
ROBERT C. HEINEMANN
BY _____ CLERK
DEPUTY CLERK