BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

NOVEMBER 20, 2009 FROM 2:10PM TO 2:15PM

DOCKET NUMBER:   CR 98-1129-8 (RJD)

U.S.A.  -v-        **ROY AGELOFF (CUSTODY)**
                   **COUNSEL: BRIAN BIEBER (Retained) by telephone**

**AUSA        DANIEL SPECTOR**

COURT REPORTER: MARSHA DIAMOND

X     CASE CALLED FOR STATUS CONFERENCE, RE:
      REPRESENTATION OF DEFENDANT.
      COUNSEL BRIAN BIEBER APPEARS TELEPHONICALLY.
      MR. BIEBER ADVISES COURT THAT HE IS UNCLEAR IF HIS CLIENT
      WISHES HIM TO CONTINUE REPRESENTING HIM.
      MR. AGELOFF ADVISES COURT THAT HE CANNOT AFFORD COUNSEL
      AND REQUESTS COURT APPOINTED COUNSEL.
      COURT: MR. BIEBER IS RELIEVED AS COUNSEL.
      COURT WILL APPOINT CJA COUNSEL.
      CASE ADJOURNED TO 12/2/09 @12:00PM.