BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

DECEMBER 2, 2009 FROM 12:20PM TO 12:25PM

DOCKET NUMBER:   CR 98-1129(RJD)

U.S.A.   -v-   **ROY AGELOFF (IN CUSTODY)**
**COUNSEL: SCOTT FENSTERMAKER (CJA)**

**AUSA**   **DANIEL SPECTOR**

COURT REPORTER:   VICTORIA BUTLER

X   CASE CALLED FOR STATUS CONFERENCE.
    CJA COUNSEL SCOTT FENSTERMAKER APPOINTED.
    CASE READY FOR RULING SUBJECT TO DEFENSE COUNSEL'S INPUT.
    CASE ADJOURNED TO 1/22/10 @2:30PM.