

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, NY 11201*

February 24, 2010

**BY FEDERAL EXPRESS AND ECF**
Scott Fenstermaker
300 Park Avenue, 17th Floor
New York, NY 10022

      Re:  United States v. Roy Ageloff
           Criminal Docket No. 98-1129S (RJD)

Dear Mr. Fenstermaker:

    Please find enclosed a disc containing the underlying "blue sheet" data for the restitution report previously provided to you. The enclosed disc includes the raw data for all purchases and sales of the house stocks held by clients of the four corrupt brokerage houses during the time period of the fraud.

    Please feel free to contact me if you have any further questions.

               Very truly yours,

               BENTON J. CAMPBELL
               UNITED STATES ATTORNEY

      By:  /s/ Daniel Spector
           Daniel A. Spector
           Assistant U.S. Attorney
           (718) 254-6345

Enclosure
cc: Hon. Raymond J. Dearie (w/o enclosures)