THE LAW OFFICES OF
**SCOTT L. FENSTERMAKER, P.C.**
300 PARK AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10022

OF COUNSEL

LINDA F. FENSTERMAKER, ESQ.

TELEPHONE (212) 302-0201
CELL (917) 817-9001
FACSIMILE (212) 302-0327
EMAIL scott@fenstermakerlaw.com
www.fenstermakerlaw.com

WESTCHESTER OFFICE
BY APPOINTMENT ONLY
50 MAIN STREET
WHITE PLAINS, NEW YORK 10606
TELEPHONE (914) 725-0955

February 25, 2010

**VIA ECF AND FIRST CLASS MAIL**

The Honorable Raymond J. Dearie
United States District Chief Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Roy Ageloff*, 98-1129S (RJD)
      February 24, 2010 Letter of AUSA Daniel Spector

Dear Chief Judge Dearie:

      I represent Roy Ageloff and write regarding AUSA Daniel Spector's February 24, 2010 letter addressed to me, which was inexplicably copied to Your Honor in contravention of Your Honor's individual practice rules. In his February 24, 2010 letter, AUSA Spector claims, among other things, that "the restitution report," whatever that might be, was previously provided to me. AUSA Spector's claim that a restitution report, or its underlying data, was previously provided to me is wholly factually incorrect. Furthermore, notwithstanding my multiple requests to the government, it has not provided me with any information regarding Mr. Ageloff's matter prior to AUSA Spector sending his February 24th letter.

      If the Court has any questions regarding this letter or Mr. Ageloff's matter, please have a member of the Court's staff contact me at any time.

Very truly yours,

**The Law Offices of Scott L. Fenstermaker, Esq.**

By: _____
Scott L. Fenstermaker, Esq.

cc:   AUSA Daniel Spector (via ECF)
      AUSA Daniel W. Eckhart (via first class mail)
      Mr. Roy Ageloff (via first class mail)