THE LAW OFFICES OF

**SCOTT L. FENSTERMAKER, P.C.**

300 PARK AVENUE, 17TH FLOOR

NEW YORK, NEW YORK 10022

TELEPHONE (212) 302-0201

CELL (917) 817-9001

FACSIMILE (212) 302-0327

EMAIL scott@fenstermakerlaw.com

www.fenstermakerlaw.com

OF COUNSEL
_____
LINDA F. FENSTERMAKER, ESQ.

WESTCHESTER OFFICE

BY APPOINTMENT ONLY

50 MAIN STREET

WHITE PLAINS, NEW YORK 10606

TELEPHONE (914) 725-0955

March 21, 2010

**VIA ECF AND FIRST CLASS MAIL**

The Honorable Raymond J. Dearie
United States District Chief Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Roy Ageloff*, 98-1129S (RJD)

Dear Chief Judge Dearie:

I represent Roy Ageloff, 98-1129S (RJD), and write regarding a *pro se* filing Mr. Ageloff apparently filed late in the week of March 15, 2010. Mr. Ageloff's *pro se* filing was filed improvidently and without an understanding of the purpose of his scheduled March 23, 2010 court appearance. I therefore withdraw Mr. Ageloff's *pro se* filing and ask that the Court forward any further unauthorized *pro se* filings made by Mr. Ageloff to me until such time as I am relieved as his counsel.

If the Court has any questions or concerns, please have a member of the Court's staff contact me at any time regarding Mr. Ageloff's matter.

Respectfully submitted,

**The Law Offices of Scott L. Fenstermaker, Esq.**

By:   _Scott L. Fenstermaker_
_____
Scott L. Fenstermaker, Esq.

cc:   AUSA Daniel Spector (via ECF)
      Mr. Roy Ageloff (via first class mail)