BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

MARCH 23, 2010  FROM 12:05pm to 12:25pm

DOCKET NUMBER:   CR 98-1129-08   (RJD)

U.S.A.  -v-  **ROY AGELOFF (IN CUSTODY)**
**COUNSEL: SCOTT FENSTERMAKER (CJA)**

**AUSA: DANIEL SPECTOR**

COURT REPORTER: ESR

X     CASE CALLED FOR STATUS CONFERENCE.
       DISCUSSION HELD, RE: RESTITUTION ISSUE.
       MOTIONS DUE APRIL 6, 2010.
       HEARING SCHEDULED FOR MAY 17, 2010 @9:30AM.