BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

<u>CRIMINAL CAUSE FOR STATUS CONFERENCE</u>

<u>MAY 11, 2010  FROM 3:30PM TO 3:50PM</u>

DOCKET NUMBER:   CR  98-1129-8 (RJD)

**U.S.A.  -v-  ROY AGELOFF (IN CUSTODY)**
          **COUNSEL: SCOTT FENSTERMAKER (CJA)**

**AUSA: DANIEL SPECTOR**

COURT REPORTER: BURT SULZER

X    CASE CALLED FOR STATUS CONFERENCE.
     DISCUSSION HELD, RE: DEFENDANT'S ELIGIBILITY FOR CJA FUNDING.
     COUNSEL FOR DEFENDANT WILL RESPOND IN WRITING BY THE
     CLOSE OF BUSINESS ON 5/12/10