THE LAW OFFICES OF
**SCOTT L. FENSTERMAKER, P.C.**
100 PARK AVENUE, 16TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE (212) 302-0201
CELL (917) 817-9001
FACSIMILE (212) 302-0337
EMAIL scott@fenstermakerlaw.com
TWITTER @fenslerlaw
www.fenstermakerlaw.com

OF COUNSEL
———
LINDA F. FENSTERMAKER, ESQ.

WESTCHESTER OFFICE
BY APPOINTMENT ONLY
50 MAIN STREET
WHITE PLAINS, NEW YORK 10606
TELEPHONE (914) 725-0055

November 21, 2011

**VIA ECF AND FIRST CLASS MAIL**

Honorable Cheryl L. Pollak
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  CJA Invoice
     *United States v. Roy Ageloff*, 98 CR 1129 (RJD) (CLP)

Dear Magistrate Judge Pollak:

At the request of your staff, I scheduled an appointment to meet with Your Honor at 12:30p.m. on Tuesday, November 29, 2011 to discuss your fact-finding mandate in the matter of my CJA invoice in the matter of *United States v. Roy Ageloff*, 98 CR 1129 (RJD) (CLP).

In order for me to properly present my case in substantiation of my invoice, I must show Your Honor Mr. Ageloff's file, which consists of 26 boxes of materials (and a little more actually). I am planning on renting a truck to bring these 26 boxes of materials to your office on Tuesday. However, I expect that I may need some sort of access to the court building to unload these materials and to bring them to your office. I may also need a dolly, or two. Also, please let me know if Your Honor would like me to bring these 26 boxes of materials to some other location than to your office. I can tell Your Honor from personal experience that they take up quite a bit of space, as they are now in my basement at home.

Please have a member of your staff contact me if Your Honor has any questions regarding this letter or my plan to bring these 26 boxes to Your Honor's office on Tuesday.

Respectfully submitted,

The Law Offices of Scott L. Fenstermaker, P.C.

By: _____
Scott L. Fenstermaker Esq.

*Handwritten annotation:* At this time, your request to bring 26 boxes to the courthouse is denied, pending our conference on 11/29.
So Ordered
CP  /s/ WMJ 11/23/11