UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

    -against-                                              :

ROY AGELOFF, et. al.,                                 :

            Defendants.                       :

----------------------------------------------------------X

SUPPLEMENTAL OBJECTIONS
TO REPORT AND
RECOMMENDATION

98 CR 1129 (RJD)

## Introduction

On or about June 8, 2012, the magistrate judge filed a Report and Recommendation to the district court recommending that the undersigned's CJA invoice in the above-captioned matter be cut by approximately 30 percent. *See* Document Number 1629 herein. The June 8, 2012 Report and Recommendation, filed late on a Friday afternoon, gave the undersigned until Monday, June 25, 2012 to file objections. The undersigned filed objections to the June 8, 2012 Report and Recommendation via the Court's ECF system on or about June 24, 2012 and dropped off courtesy copies of his objections with the district court and magistrate judge on June 25, 2012. *See* Document Number 1632 herein.

On or about June 26, 2012, the magistrate judge, claiming to have "carefully reviewed" the undersigned's objections, filed a Supplemental Report and Recommendation. *See* Document Number 1633 herein. The magistrate judge's Supplemental Report and Recommendation ignored all of the undersigned's objections, with the exception of the undersigned's notice to the district court and magistrate judge that, notwithstanding the Report and Recommendation's claim to the contrary, the undersigned was not retained herein, but was appointed to represent the defendant herein pursuant to the Criminal Justice Act. The

1

Supplemental Report and Recommendation noticeably ignored the undersigned's objections to false, misleading and untrue factual assertions leveled in the June 8, 2012 Report and Recommendation for the apparent purpose of falsely making it appear that the undersigned had engaged in bill padding herein.

## Objections to Supplemental Report and Recommendation

The undersigned hereby incorporates his June 24, 2012 objections contained in Document Number 1632 herein, with the exception of the undersigned's objection to the Report and Recommendation's claim that the undersigned was retained to represent the defendant herein, which was apparently corrected in the magistrate judge's Supplemental Report and Recommendation. While in no way limiting the objections leveled in his June 24, 2012 objections, the undersigned again objects to the false, misleading, and defamatory claims that the undersigned engaged in bill padding herein. These falsehoods were apparently included in the Report and Recommendation to mislead the reader with a false impression that the undersigned engaged in bill padding and unethical conduct. Any such suggestion is false.

## Conclusion

For the reasons stated in his June 24, 2012 objections, the undersigned objects to the Report and Recommendation and the Supplemental Report and Recommendation, with the exception of the one correction contained in the Supplemental Report and Recommendation.

Dated:     New York, New York
           July 7, 2012

                                   **The Law Offices of Scott L. Fenstermaker, P.C.**
                                   Attorneys for the Defendant herein


                       By:         _Scott L. Fenstermaker_
                                   Scott L. Fenstermaker, Esq. (SF 6862)
                                   100 Park Avenue, 16th Floor
                                   New York, New York 10017
                                   scott@fenstermakerlaw.com
                                   212-302-0201 (o)
                                   917-817-9001 (c)
                                   212-302-0327 (f)


To:   Clerk of the Court (via ECF)        Chambers of the Honorable Raymond J. Dearie
      United States District Court        United States District Judge
      225 Cadman Plaza East               United States Courthouse
      Brooklyn, New York 11201            225 Cadman Plaza East
                                          Brooklyn, New York 11201

      Chambers of the Honorable Cheryl L. Pollak
      United States Magistrate Judge
      United States Courthouse
      225 Cadman Plaza East
      Brooklyn, New York 11201